| | |
|---|---|
| PLAINTIFF/PETITIONER/MOVANT NAME | Julius Johnson |
| PRISON NUMBER | |
| PLACE OF CONFINEMENT | |
| ADDRESS | PO Box 23831<br>San Diego CA<br>92193 |

FILED
2008 JUN -5  AM 10:54
[CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA]
KWK DEPUTY

Plaintiff
Julius Johnson
PO Box 23831
San Diego CA
92193
VS.
El Cajon Luxury Cars
591 Camino De La Reina
Ste 100
San Diego CA 92108

Plaintiff/Petitioner/Movant

v.

Defendant/Respondent

**United States District Court**
**Southern District Of California**

Civil No. **'08 CV 1002 BEN LSP**

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Julius Johnson declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?   Yes   (No)   (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?       Yes  (No)  N/A
    Do you receive any payment from the institution?   Yes  (No)  N/A
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev 9/97)                                                                                             ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   *Putercude and Felix Law Office*
   *August 21, 2007 – 2,000 per monthly*
   *4545 Murphy Canyon Road #3 San Diego CA 92123*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance ☐ Yes ☑ No
   d. Disability or workers compensation ☐ Yes ☑ No
   e. Social Security, disability or other welfare ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Spousal or child support ☐ Yes ☑ No
   g. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____
   _____

4. Do you have any checking account(s)? ☑ Yes ☐ No
   a. Name(s) and address(es) of bank(s): *Washington Mutual*
   b. Present balance in account(s): *-145.00 Negative Balance*

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☑ Yes ☐ No
   a. Make: *Volvo*   Year: *1987*   Model: ____
   b. Is it financed? ☐ Yes ☑ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes ___ No ✓
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Julius F. Johnson Jr.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   Conneticut Student Loan Foundation 24,500
   Department of Revere and Recovery - San Diego 14,000

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE                                SIGNATURE OF APPLICANT