Julius Johnson
PO Box 23831
San Diego CA 92193

858-366-5593

FILED
2008 JUN -5 AM 10: 55
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

Julius F. Johnson Jr
PO Box 23831
San Diego CA. 92193

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 1 0 0 2 BEN LSP

El Cajon Luxury Cars Inc
v. ~~Transportation~~
591 Camino De La Reina Ste 1100
San Diego CA 92108

Civil No.

REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST

1.  I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A.  my claim is meritorious (that is, I have a good case), and
    B.  I have made a reasonably diligent effort to obtain counsel, and
    C.  I am unable to find an attorney willing to represent me on terms that I can afford.

2.  A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.  A.  Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

        ____ Yes    ____ No

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4  　　　　B.　Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6  　　　　____ Yes　　　　____ No
7  　　　　C. If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination? Be specific and support your objections with fact. Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel.

28 (Attach additional sheets as needed)

1  4.  Have you talked with any attorney about handling your claim?
2      ☒ Yes      ___ No
3      If "YES," give the following information about each attorney with whom you talked:
4  Attorney: Atty Carmen Porter/Stansbury Law Office
5  When: 2 Months Ago
6  Where: Via Telephone & Written Correspondence & at Home
7  How (by telephone, in person, etc.): Telephone
8  Why attorney was not employed to handle your claim: Consultation Law
9  Firm Only
10
11
12  Attorney: Dennis Graff Law Group
13  When: 3 Months Ago
14  Where: At Home
15  How (by telephone, in person, etc.): Telephone
16  Why attorney was not employed to handle your claim:
17  Personal Medical Issues
18
19
20  Attorney: Porter Stansbury - Los Angeles
21  When: 3 Months Ago
22  Where: Home
23  How (by telephone, in person, etc.): Telephone
24  Why attorney was not employed to handle your claim:
25  Consult Criminal Lawyers Only
26
27
28  (Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

State of California Department of Consumer Affairs And the Better Business Bureau - Sandiego Office at 5050 Murphy Cunyen Road 92123.

6. Give any other information which supports your application for the court to appoint an attorney for you: D

Defendant Refuse to Respond to Initial Intake with The Department of Consumer Affair Automotive Division

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

Denniss Graff, Law Group - Bedg Hill Micche Kern - Lemon Grove California

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

  A. <u>Employment</u>

Are you employed now?  ___ yes  ___ no  ✓ am self-employed

Name and address of employer:

1  If employed, how much do you earn per month? N/A
2  If not employed, give month and year of last employment: 8/21/07
3  How much did you earn per month in your last employment? 2,000/Month
4  If married, is your spouse employed? ✓ yes ___ no
5  If "YES," how much does your spouse earn per month? 1500
6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7  income? N/A

B.  Assets

   (i)  Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes ✓ no

If "YES," give the amount received and identify the sources:

$ Received                              Source

_____
_____
_____
_____
_____
_____
_____

(Attach additional sheets as necessary)

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? ___ yes  ✓ no

If "YES," state total amount: _____

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes  ✓ no

If "YES," give value and describe it:

<u>Value</u>                                <u>Description</u>

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: ___ single  ✓ married  ___ widowed, separated or divorced.

Your total number of dependents is: 1

List those person you actually support, your relationship to them, and your monthly contribution to their support:

<u>Name/Relationship</u>                <u>Monthly Support Payment</u>

Virginia Santos-Johnson            Spouse

(ii)   Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: ~~Benita Amparo~~ EL Henson | ~~8000~~ N/A | 1,800.00 |
| Mortgage on Home: N/A | | |
| Others: Benita Amparo | 8,000 | 155.00 |
| Private Party (Third Party) | 4,000 | 400.00 |
| La Jolla Coach Limo. | 3,000 | 150.00 |
| DAYCARE | 9,000 | 900.00 |
| Utilities | 200.00 | 50.00 |

9.   Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 12-27-07

_____
Signature

(Notarization is not required)